J. Ronald Ignatuk - Bar No. 150737
Franklin J. Contreras, Jr. - Bar No. 235932
Shane M. Biornstad - Bar No. 250202
**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: RIgnatuk@shulmanbastian.com
FContreras@shulmanbastian.com
SBiornstad@shulmanbastian.com

Christopher P. Katers - Wisc. Bar No. 1067557
**KATERS & GRANITZ, LLC**
8112 W. Bluemound Rd., Suite 101
Milwaukee, WI 53213
Telephone: (414) 600-0115
Facsimile: (414) 600-9551
Email: ckaters@katersgranitz.com

Attorneys for Cachet Financial Services

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>CACHET FINANCIAL SERVICES, a California corporation,<br><br>Reorganized Debtor. | Case No. 2:20-bk-10654-VZ<br><br>Chapter 11<br><br>Adv. No. 2:22-ap-01029-VZ |
| CACHET FINANCIAL SERVICES, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PIONEER BANCORP INC.; PIONEER BANK; and DOES 1-10,<br><br>Defendants. | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br><u>Pretrial Conference</u><br>Date: December 16, 2027<br>Time: 11:00 a.m.<br>Ctrm.: 1368<br>Place: 255 East Temple Street<br>Los Angeles, CA 90012 |

**TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES-IN-INTEREST:**

Plaintiff Cachet Financial Services ("Plaintiff") and Defendants Pioneer Bancorp Inc. and Pioneer Bank (collectively "Pioneer") (Plaintiff and Pioneer are collectively referred to herein as the "Parties"), by and through their respective counsel, hereby agree and stipulate to dismissal of this entire action with prejudice as follows:

## I. RECITALS

The following recounts relevant events in this adversary proceeding.

1. On January 20, 2022, Plaintiff initiated this adversary proceeding, Case No. 2:22-ap-01029-VZ ("Adversary Proceeding").

2. On February 28, 2022, Pioneer filed its Notice of Motion and Motion to Withdraw Reference of Adversary Proceeding to Bankruptcy Court and to Transfer Venue. (AP Dkt. 18).

3. On October 26, 2022, United States District Court Judge Dolly M. Gee issued her order denying Pioneer's Motion to Withdraw Reference in United States District Court Case No. CV-221362-DMG. (Dkt. No. 17).

4. On December 9, 2022, Pioneer filed its Notice of Motion and Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6). (AP Dkt. 47).

5. On February 24, 2023, Plaintiff filed its First Amended Complaint under seal. (AP Dkt. 93).

6. On April 28, 2023, Pioneer filed its Notice of Motion and Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6). (AP Dkt. 98).

7. On September 6, 2023, the Court issued its Order (1) Granting in Part and Denying in Part Motion to Dismiss Plaintiff's First Amended Complaint; (2) Setting Filing Deadlines; and (3) Setting Status Conference. (AP Dkt. 125).

8. On February 7, 2024, Plaintiff filed its operative Second Amended Complaint under seal. (AP Dkt. 172).

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

9. On May 8, 2024, Pioneer filed its Notice of Motion and Motion to Dismiss Plaintiff's Second Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6). (AP Dkt. 173).

10. On August 28, 2024, the Court issued its Order (1) Granting in Part and Denying in Part Motion to Dismiss Plaintiff's Second Amended Complaint; (2) Setting Filing Deadlines; and (3) Setting Status Conference. (AP Dkt. 198).

11. On October 10, 2024, Pioneer filed its Notice of Motion and Motion to Strike Various Paragraphs of Plaintiff's Second Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(f). (AP Dkt. 203).

12. On October 10, 2024, Pioneer filed Defendants' Answer and Affirmative Defenses to Debro's Second Amended Complaint. (AP Dkt. 204).

13. On November 18, 2024, the Court issued an Order Granting in Part and Denying in Part Pioneer's Motion to Strike. (AP Dkt. 217).

14. The Parties have entered into a confidential settlement agreement and mutual releases thereby resolving all claims they have against each other.

## II.

## STIPULATIONS

1. The Parties hereby stipulate and agree and hereby respectfully request that the Court issue an order dismissing the entire Adversary Proceeding with prejudice.

2. The Parties shall bear their own costs, expenses and attorney's fees in connection with the Adversary Proceeding.

3. Nothing contained in this Stipulation is intended to be, or shall be deemed to be, an admission of any liability by any party, or an admission of the existence of any facts upon which liability could be based.

4. Nothing contained in this Stipulation is intended to and does not impact Cachet's claims against any entity other than Pioneer.

**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**

DATED: May 22 , 2026

By: ______________________________
J. Ronald Ignatuk
Franklin J. Contreras, Jr.
Shane M. Biornstad
Attorneys for Cachet Financial Services

**DLA PIPER LLP (US)**

DATED: May 22, 2026

By: ______________________________
Ben C. Fabens-Lassen
Eric Goldberg
Attorneys for Pioneer Bancorp, Inc., and Pioneer Bank

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 22, 2026 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) May 22, 2026 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012-3332

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ________________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 22, 2026 | Sharon Seelert | */s/ Sharon Seelert* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Shane M Biornstad** sbiornstad@shulmanbastian.com, sseelert@shulmanbastian.com
- **Franklin J Contreras** fcontreras@shulmanbastian.com, sseelert@shulmanbastian.com
- **Ben Fabens-Lassen** ben.fabens-lassen@us.dlapiper.com
- **Eric D Goldberg** eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Joseph R Ignatuk** rignatuk@shulmanbastian.com, sseelert@shulmanbastian.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov

2. **SERVED BY U.S. MAIL**